Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-083

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:** Big City Nights 2.0

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 23, 2012
**Nation of 1st Publication:** Canada

## Author

- **Author:** Shane Turner
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Shane Turner
515 Av. de l'Église, Dorval, H9S 1P8, Canada

## Rights and Permissions

**Name:** Shane Turner
**Email:** info@shaneturnerart.com
**Address:** 515 Av. de l'Église
Dorval H9S 1P8 Canada

## Certification

**Name:** David Denholm
**Date:** April 04, 2025
**Applicant's Tracking Number:** ST2025040402



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**
## VA 2-453-102
**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:** Psychameleon 3.0

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 11, 2013
**Nation of 1st Publication:** Canada

## Author

- **Author:** Shane Turner
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Shane Turner
515 Av. de l'Église, Dorval, H9S 1P8, Canada

## Rights and Permissions

**Name:** Shane Turner
**Email:** info@shaneturnerart.com
**Address:** 515 Av. de l'Église
Dorval H9S 1P8 Canada

## Certification

**Name:** David Denholm
**Date:** April 04, 2025
**Applicant's Tracking Number:** ST2025040404



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-073

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:**   Psychameleon 5.1 (RMX)

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   July 07, 2014
**Nation of 1st Publication:**   Canada

## Author

- **Author:**   Shane Turner
  **Author Created:**   2-D artwork
  **Citizen of:**   Canada

## Copyright Claimant

**Copyright Claimant:**   Shane Turner
515 Av. de l'Église, Dorval, H9S 1P8, Canada

## Rights and Permissions

**Name:**   Shane Turner
**Email:**   info@shaneturnerart.com
**Address:**   515 Av. de l'Église
Dorval H9S 1P8 Canada

## Certification

**Name:**   David Denholm
**Date:**   April 04, 2025
**Applicant's Tracking Number:**   ST2025040407



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-074

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** Psychameleon 6.0

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 08, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Shane Turner
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Shane Turner
515 Av. de l'Église, Dorval, H9S 1P8, Canada

---

## Rights and Permissions

**Name:** Shane Turner
**Email:** info@shaneturnerart.com
**Address:** 515 Av. de l'Église
Dorval H9S 1P8 Canada

## Certification

**Name:** David Denholm
**Date:** April 04, 2025
**Applicant's Tracking Number:** ST2025040408



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-087

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:** Psychameleon 5.0 (White RMX)

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 10, 2013
**Nation of 1st Publication:** Canada

## Author

- **Author:** Shane Turner
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Shane Turner
515 Av. de l'Église, Dorval, H9S 1P8, Canada

## Rights and Permissions

**Name:** Shane Turner
**Email:** info@shaneturnerart.com
**Address:** 515 Av. de l'Église
Dorval H9S 1P8 Canada

## Certification

**Name:** David Denholm
**Date:** April 04, 2025
**Applicant's Tracking Number:** ST2025040406



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-453-085

**Effective Date of Registration:**
April 04, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:** Music In Motion 3.0

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 03, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Shane Turner
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Shane Turner
515 Av. de l'Église, Dorval, H9S 1P8, Canada

## Rights and Permissions

**Name:** Shane Turner
**Email:** info@shaneturnerart.com
**Address:** 515 Av. de l'Église
Dorval H9S 1P8 Canada

## Certification

**Name:** David Denholm
**Date:** April 04, 2025
**Applicant's Tracking Number:** ST2025040403

