**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHANE TURNER,

    Plaintiff,                                           Case No.: 1:26-cv-02470

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | fujiayifanoi783 |
| 2 | ShengLong Inc |
| 3 | lijun112233 |
| 4 | zzfYISUHAIBAO |
| 5 | 2878552952 |
| 6 | chuyunbaihuodamai |
| 7 | ShanTeng Art |
| 8 | FanGaoBaiHuo |
| 9 | NguyễnThịNhưQuỳnh KUFI SKY SHOP89686 |
| 10 | XZXart A BT |
| 11 | Rose Gallery |
| 12 | The Shadow Horse |
| 13 | DecorArt Gallery |
| 14 | HFFFF |
| 15 | Ordinary decorative arts |
| 16 | hkdafu |
| 17 | honghailin |
| 18 | nice Art Painting |
| 19 | G ART Canvas painting |
| 20 | qiuxin three |
| 21 | C Distant decorative painting |