**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHANE TURNER,

     Plaintiff,                                  Case No.: 1:26-cv-02470

v.                                        Judge John Robert Blakey

THE PARTNERSHIPS AND UNINCORPORATED       Magistrate Judge Heather K. McShain
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## RESPONSE TO MINUTE ENTRY ORDER [15]

Plaintiff, by its undersigned counsel, respectfully submits this Supplemental Report in response to the Court's Minute Entry Order [15].

Plaintiff confirms that none of the previously named twenty-one (21) defendants identified in the original or amended Schedule A in this case have been previously named by Plaintiff in any prior lawsuit asserting infringement of the same intellectual property at issue in this case.

Accordingly, this action does not involve any defendant previously named and dismissed in a prior case.

DATED:  June 5, 2026                   Respectfully submitted,

                                          */s/Keith A. Vogt*
                                          Keith A. Vogt
                                          FL Bar No. 1036084 / IL Bar No. 6207971
                                          Keith A. Vogt PLLC
                                          1820 NE 163rd Street, Suite #306
                                          North Miami Beach, Florida 33162
                                          Telephone: 312-971-6752
                                          E-mail:  keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

1