# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Shane Turner

                    Plaintiff,

v.                                                    Case No.: 1:26–cv–02470
                                                      Honorable John Robert Blakey

C Distant decorative painting, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's supplement [16], the case may proceed. Plaintiff shall serve the defendant in accordance with the Hague Convention or demonstrate that, after "reasonably diligent efforts to ascertain and verify the defendant's mailing address," the address remains unknown, see Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25–2205, 2026 WL 1502198, at *4 (7th Cir. May 29, 2026) (citing NBA Props., Inc. v. P'ships and Unincorporated Ass'ns Identified in Schedule "A", 549 F. Supp. 3d 790, 796 (N.D. Ill. 2021)), and file an updated status report by 7/31/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.