**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Shane Turner,

     Plaintiff,

v.

C Distant decorative painting,

     Defendant.

Case No.: 1:26-cv-02470

Judge John Robert Blakey

Magistrate Judge Heather K. McShain

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A [14] of the Amended Complaint.

| No. | Defendant |
|---|---|
| 1 | C Distant decorative painting |

This terminates the action.

DATED:  July 30, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***