## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Shane Turner

                    Plaintiff,

v.                                      Case No.: 1:26–cv–02470

                                      Honorable John Robert Blakey

C Distant decorative painting, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of voluntary dismissal [18], this case is dismissed without prejudice under Rule 41(a) as to the sole named defendant, C Distant decorative painting. All matters in dispute now having been resolved, this case is closed. If Plaintiff seeks to refile this matter against any of the defendants named in the initial or amended complaint, it must identify this case number as a related case on any new civil cover sheet. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.